IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02188-BNB

LESLIE MARSELLUS WILSON, 82362,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO, et al.,
d/b/a PEOPLE OF THE STATE OF COLORADO, et al.,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Leslie Marsellus Wilson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He initiated this action August 30, 2010, by filing a "Request for the Production and Issuance of Subpoenas Duces Tecum by the Clerk of the United States District Court District of Colorado" and a "Motion to Proceed In Forma Pauperis."

In an order filed on September 8, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Wilson to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Wilson was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Wilson was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form. The September 8 order warned Mr. Wilson that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On September 24, 2010, Mr. Wilson filed a "Motion for a Permanent Writ of Prohibition and Demand for Order of Extraction from Illegal Incarceration." On October 5, 2010, Mr. Wilson filed a "Motion for the Release of Personal Proper from Escrow" and a "Motion for Release of Lien." Mr. Wilson, however, has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the September 8 Order. Therefore, Mr. Wilson has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Leslie Marsellus Wilson, to comply with the order to cure dated September 8, 2010. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __14th__ day of __October__, 2010.

BY THE COURT:

Christine M Arguello

---
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02188-BNB

Leslie M. Wilson
Prisoner No. 82362
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/14/10

                                       GREGORY C. LANGHAM, CLERK

                                   By: _____
                                             Deputy Clerk